IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, § § § § | |
| Plaintiffs, § § | |
| v. § § | CIVIL ACTION NO. 1:24-cv-01410 |
| CODY POOLS, INC., § § § | |
| Defendant. § | |

**PLAINTIFFS' DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs The Continental Insurance Company and National Fire Insurance Company of Hartford provide the following information:

The Continental Insurance Company ("CIC"), a Pennsylvania insurance company, is a citizen of Pennsylvania because it is incorporated in Pennsylvania and a citizen of Illinois because it has its principal place of business in Illinois. CIC is wholly owned by Continental Casualty Company. Continental Casualty Company, an Illinois insurance company, is wholly owned by The Continental Corporation. The Continental Corporation, a New York corporation, is wholly owned by CNA Financial Corporation. CNA Financial Corporation, a Delaware corporation, has issued shares to the public. Loews Corporation owns the majority of CNA Financial Corporation's common stock and is publicly traded. No other corporation owns ten percent or more of CNA Financial Corporation's common stock.

National Fire Insurance Company of Hartford ("NFI"), an Illinois insurance company, is a citizen of Illinois because it is incorporated in Illinois and has its principal place of business in Illinois. NFI is wholly owned by Continental Casualty Company. Continental Casualty Company, an Illinois insurance company, is wholly owned by The Continental Corporation. The

Continental Corporation, a New York corporation, is wholly owned by CNA Financial Corporation. CNA Financial Corporation, a Delaware corporation, has issued shares to the public. Loews Corporation owns the majority of CNA Financial Corporation's common stock and is publicly traded. No other corporation owns ten percent or more of CNA Financial Corporation's common stock.

          Respectfully submitted,

          By: */s/ David H. Timmins*
          David H. Timmins
          Texas Bar No. 00785106
          dtimmins@spencerfane.com
          Natalie S. Washington
          Texas Bar No. 24107923
          nwashington@spencerfane.com
          SPENCER FANE LLP
          2200 Ross Avenue, Suite 4800 West
          Dallas, Texas 75201
          Telephone: (214) 750-3610
          Facsimile: (214) 750-3612

          **ATTORNEYS FOR PLAINTIFFS THE CONTINENTAL INSURANCE COMPANY and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD**